CHRISTOPHER S. MISHLER (14402)
BROWN MISHLER, PLLC
911 N. Buffalo Dr., Suite 202
Las Vegas, Nevada 89128
Tel: (702) 816-2200
Email: CMishler@BrownMishler.com
*Attorney for Defendant*
*Jose Rivera-Hernandez*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:22-cr-106-APG-NJK |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING** |
| vs. | |
| JOSE RIVERA-HERNANDEZ, | **(First Request)** |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason Frierson, United States Attorney, and Joshua Brister, Assistant United States Attorney, counsel for the United States of America, and Christopher Mishler, Esq., of BROWN MISHLER, PLLC, counsel for defendant Jose Rivera-Hernandez, that the sentencing hearing currently scheduled for November 1, 2023, at 9:00 a.m., be vacated and continued forty-five (45) days to December 13, 2023, or alternatively to a subsequent date and time convenient to the Court.

This Stipulation is entered for the following reasons:

1

1. The defense seeks, and the requested continuance will allow, additional time to prepare for sentencing.

2. Defendant is in custody and does not object to the need to continue sentencing.

3. The government agrees to the requested continuance.

4. This continuance is not sought for purposes of delay, but for the reasons stated.

This is the first request for a continuance of sentencing.

Date: October 19, 2023

| | |
|---|---|
| Counsel for JOSE RIVERA-HERNANDEZ | JASON FRIERSON<br>Acting United States Attorney |
| /s/ *Christopher Mishler*<br>CHRISTOPHER MISHLER<br>BROWN MISHLER, PLLC | /s/ *Joshua Brister*<br>JOSHUA BRISTER<br>Assistant United States Attorney |

CHRISTOPHER S. MISHLER (14402)
BROWN MISHLER, PLLC
911 N. Buffalo Dr., Suite 202
Las Vegas, Nevada 89128
Tel: (702) 816-2200
Email: CMishler@BrownMishler.com
*Attorney for Defendant*
*Jose Rivera-Hernandez*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSE RIVERA-HERNANDEZ,<br><br>Defendant. | 2:22-cr-106-APG-NJK<br><br>**ORDER CONTINUING SENTENCING DATE** |

Based on the pending stipulation of counsel, and good cause appearing therefore, the Court hereby vacates the current sentencing date of November 1, 2023, at 9:00 a.m., and continues the date fourty-five (45) days, such that the new sentencing date shall be December 21, 2023, at 9:00 a.m. in Courtroom 6C.

DATED this 20th day of October, 2023.

_____
UNITED STATES DISTRICT JUDGE

3