CHRISTOPHER S. MISHLER (14402)
BROWN MISHLER, PLLC
911 N. Buffalo Dr., Suite 202
Las Vegas, Nevada 89128
Tel: (702) 816-2200
Email: CMishler@BrownMishler.com
*Attorney for Defendant*
*Jose Rivera-Hernandez*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSE RIVERA-HERNANDEZ,<br><br>Defendant. | 2:22-cr-106-APG-NJK<br><br>**STIPULATION TO CONTINUE SENTENCING**<br><br>**(Second Request)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason Frierson, United States Attorney, and Joshua Brister, Assistant United States Attorney, counsel for the United States of America, and Christopher Mishler, Esq., of BROWN MISHLER, PLLC, counsel for defendant Jose Rivera-Hernandez, that the sentencing hearing currently scheduled for December 21, 2023, at 9:00 a.m., be vacated and continued approximately forty-five (45) days to February 1, 2024, or alternatively to a subsequent date and time convenient to the Court.

This Stipulation is entered for the following reasons:

1

1. The defense seeks, and the requested continuance will allow, additional time to prepare for sentencing.

2. Defendant is in custody and does not object to the need to continue sentencing.

3. The government agrees to the requested continuance.

4. This continuance is not sought for purposes of delay, but for the reasons stated.

This is the second request for a continuance of sentencing.

Date: December 11, 2023

| | |
|---|---|
| Counsel for JOSE RIVERA-HERNANDEZ | JASON FRIERSON<br>United States Attorney |
| /s/ *Christopher Mishler*<br>CHRISTOPHER MISHLER<br>BROWN MISHLER, PLLC | /s/ *Joshua Brister*<br>JOSHUA BRISTER<br>Assistant United States Attorney |

CHRISTOPHER S. MISHLER (14402)
BROWN MISHLER, PLLC
911 N. Buffalo Dr., Suite 202
Las Vegas, Nevada 89128
Tel: (702) 816-2200
Email: CMishler@BrownMishler.com
*Attorney for Defendant*
*Jose Rivera-Hernandez*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSE RIVERA-HERNANDEZ,<br><br>Defendant. | 2:22-cr-106-APG-NJK<br><br>**ORDER CONTINUING SENTENCING DATE** |

Based on the pending stipulation of counsel, and good cause appearing therefore, the Court hereby vacates the current sentencing date of December 21, 2023, at 9:00 a.m., and continues the date, such that the new sentencing date shall be February 8, 2024 at 9:00 a.m. in Courtroom 6C.

DATED this 12th day of December, 2023.

_____
UNITED STATES DISTRICT JUDGE

3