HOFLAND & TOMSHECK
JASON F. CARR, ESQ.
Nevada State Bar No. 006587
228 S. 4th Street
First Floor
Las Vegas, Nevada 89101
(702) 895-6760
(702) 895-6910(Fax)
JasonC@Hoflandlaw.com

Counsel for Defendant/Appellant Rivera-Hernandez

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff/Appellee,<br><br>　v.<br><br>JOSE RIVERA-HERNANDEZ,<br><br>　　　　　Defendant/Appellant | Case No. 2:22-cr-00106-APG-NJK<br><br>CA No. 24-781 |

**UNOPPOSED MOTION FOR CLEAN DOCKET SHEET**

COMES NOW appointed CJA counsel for appellate counsel Defendant/Appellant Jose Rivera-Hernandez, Jason F. Carr, Esq. hereby files this Motion to supply the undersigned counsel with an unredacted, clean, docket sheet that provides information on docket sheet numbers that are now hidden because the entries contained therein are under seal or are otherwise confidential.

On February 21, 2024, this Court entered an Order appointing the undersigned counsel to Mr. Rivera-Hernandez's United States Court of Appeals for the Ninth Circuit appeal as CJA counsel. (*See* ECF No. 186.)

Mr. Rivera-Hernandez's Opening Brief is currently due on August 7, 2024.

Counsel for Rivera-Hernandez has since ordered transcripts and otherwise prepared materials for the appeal. In preparing the Excerpts of Record, however, examination of the docket sheet revealed many hidden entries. Entries 151-64, 166-68, and 171-73, for instance, are missing. These missing entries may be important as chronology of the missing entries indicates that they may be related to sentencing matters. In this guilty plea case, the appeal centers on sentencing matters. It is necessary to determine what those entries are and whether they refer to materials that Appellant Hernandez needs to submit to the Ninth Circuit.

On July 16, 2024, defense counsel spoke with counsel for the United States, AUSA Adam Flake. That party does not object to this Motion. Unless otherwise ordered by this Court, counsel for the Appellant will provide the unredacted sheet to the government which may be of some assistance to that party.

For all of these reasons, the undersigned counsel respectfully requests copies of the unredacted clerk's record docket sheets in order to properly represent Mr. Rivera-Hernandez on appeal.

Dated this 16th Day of July, 2024.

          Respectfully submitted

          HOFLAND AND TOMSCECK

          *Jason F. Carr*
          JASON F. CARR, ESQ.

## ORDER

I hereby grant the motion for an unredacted docket sheet. The clerk of court will provide the docket sheet to Jason F. Carr. Mr. Carr will provide a copy of the docket sheet to the government's counsel. Mr. Carr will not share the docket sheet with his client or anyone else (and neither shall the government's counsel) without further court approval.

IT IS SO ORDERED:

Dated: July 17, 2024

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

3